# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

RONALD ARTHUR ROGERS,

    Petitioner,

  v.

BRANDON PRICE, Executive Director,

    Respondent.

)
)
)
)
)
)
)
)
)
)
)

Case No. SACV 19-1607-DOC (JEM)

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge.  No Objections to the Report and Recommendation have been filed within the time allowed for Objections.  The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS ORDERED that: (1) the Petition for Writ of Habeas Corpus is denied; and (2) Judgment shall be entered dismissing the action with prejudice.

DATED:  October 29, 2020

_David O. Carter_

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE