JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD ARTHUR ROGERS,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>BRANDON PRICE, Executive Director,<br><br>　　　　　　Respondent. | Case No. SACV 19-1607-DOC (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: October 29, 2020

_/s/ David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE